UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAURICE LENNELL WEATHERSPOON,

Petitioner,

v.

LOU STENDER,

Respondent.

Civil No. 00-1862 (MJD/ESS)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a prisoner of the State of Minnesota incarcerated at the Minnesota Correctional Facility in Moose Lake, Minnesota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming that he being is confined in violation of his rights under the U.S. Constitution.

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's confinement and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement;

2. A reasoned memorandum of law and fact explaining why Respondent believes the writ should not be granted, and setting forth Respondent's recommendation as to whether an evidentiary hearing should be conducted in this matter;

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner

FILED SEP 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any other written materials that may be germane to the issues presented in the petition.

Based on the foregoing, and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

Respondent shall file a written return to Petitioner's application for a writ of habeas corpus, consistent with the terms of this order, within 20 days from the date of this order.

Dated: Sept. 7, 2000

E.S. SWEARINGEN
United States Magistrate Judge