UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maurice Weatherspoon,

Petitioner,

v.

ORDER
Civil No. 00-1862(MJD/ESS)

Lou Stender,

Respondent.

---

This matter is before the Court for the determination of a certificate of appealability to allow appeal of this Court's denial of Petitioner's habeas corpus petition. An applicant's appeal of a final order in a habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254 may not proceed unless a district or circuit judge issues a certificate of appealability. 28 U.S.C. § 2253 (c)(1)(A).

In order for a certificate of appealability to issue, an applicant must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); Hohn v. United States, 99 F.3d 892 (8th Cir. 1996). The Court concludes that Petitioner has failed to make such a showing. Therefore a certificate of appealability is not warranted in this case.

Accordingly, IT IS HEREBY ORDERED THAT Petitioner's motion for a certificate of appealability is DENIED.

Date: 5-31-01

Michael J. Davis
United States District Court

FILED JUN 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________